# District Court Of Appeal Of The State Of Florida
## Fourth District

**SANDEEP MUNSHI,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2295

[July 12, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. 09-21050 CF10A.

David A. Frankel of the Law Offices of David A. Frankel, P.A., Fort Lauderdale, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Marc B. Hernandez, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and FORST, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***